2-11-220-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00220-CV

 

 


 
 
 Lucy Cannon
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Town Hall Estates - Arlington, Inc.
 
 
  
 
 
 APPELLEE
 
 


 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion For Voluntary Dismissal,” which is not
opposed.  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.  See Tex.
R. App. P. 42.1(d).

 

PER
CURIAM

PANEL: 
WALKER,
GARDNER, and GABRIEL, JJ. 


 

DELIVERED: 
July 14, 2011









[1]See Tex. R. App. P. 47.4.